NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1421

STATE OF LOUISIANA

VERSUS

JOHN DOUGLAS SMITH

**********
APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. CR2003-6282
HONORABLE JOEL GERARD DAVIS, DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Marc T. Amy, Elizabeth A. Pickett, and J. David Painter, Judges.

SENTENCE VACATED AND REMANDED.

Douglas L Hebert Jr.
District Attorney - 33rd JDC
By: John E. Demoruelle
P. O. Drawer 839
Oberlin, LA 70655
(337) 639-2641
Counsel for State-Appellee:
State of Louisiana

David L. Wallace
Attorney at Law
P. O. Box 489
DeRidder, LA 70634
(337) 462-0473

**Counsel for Defendant-Appellant:**
**John Douglas Smith**

**Peggy J. Sullivan**
**Louisiana Appellate Project**
**P. O. Box 2775**
**Monroe, LA 71207-2775**
**(318) 387-6124**
**Counsel for Defendant-Appellant:**
**Michael Graham**